IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 08-cv-00014-ZLW-MEH

GUARDIAN INDUSTRIES CORP.,

    Plaintiff,

v.

GUARDIAN GLASS SERVICE, INC.

    Defendant.

---

## ORDER OF DISMISSAL

---

IT IS HEREBY ORDERED that:

    1.    The Parties have entered into a Settlement Agreement, and each party has been provided with an original and complete copy of the executed agreement.

    2.    By consent of the Parties, the United States District Court for the District of Colorado shall retain jurisdiction of this matter for the purpose of enforcing the terms of the Settlement Agreement.

    3.    Except as provided in paragraphs 1 and 2 above, this case is DISMISSED WITH PREJUDICE.

    DATED this __20th__ day of March, 2008.

                        BY THE COURT:

                        *s/ Zita L. Weinshienk*
                        _____
                        ZITA L. WEINSHIENK,
                        United States District Court Judge